# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## STATESBORO DIVISION

| | | |
|---|---|---|
| CAMPANELLA D'ANGELO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV608-057 |
| | ) | |
| LT. TONY TAYLOR; KEITH | ) | |
| MCINTYRE, *Assistant District* | ) | |
| *Attorney*; and OGEECHEE PUBLIC | ) | |
| DEFENDER'S OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed. Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _18_ day of _August_, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA